IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLEIN FOODS, INC. d/b/a RODNEY STRONG WINE ESTATES,

    Plaintiff,

v.

ARROW TANK COMPANY, INC.,

    Defendant.

No. C 18-06919 WHA

**JUDGMENT**

For the reasons stated in the accompanying order, judgment is entered in favor of plaintiff Klein Foods, Inc. dba Rodney Strong Wine Estates and against defendant Arrow Tank Company, Inc. Plaintiff is awarded $602,777.73 in damages. The clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: December 2, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE